**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**05 - 20121**

FILED by _____ D.C.
JAN 1 8 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. _____

**CIV - JORDAN**

IN RE: Request from Antigua and Barbuda
Pursuant to the Treaty Between the
Government of the United States of
America and the Government of
Antigua and Barbuda on Mutual Legal
Assistance in Criminal Matters in
the Matter of Lester Bird, et al

**MAGISTRATE JUDGE BROWN** 

**FILED UNDER SEAL**

_____/

**ORDER** Appointing Commissioner & Closing Case

Upon application of the United States, and upon review of the request from Antigua and Barbuda seeking evidence under the <u>Treaty Between the Government of the United States of America and the Government of Antigua and Barbuda on Mutual Legal Assistance in Criminal Matters</u>, Treaty Doc. 105-24, entered into force July 1, 1999, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Hugo L. Black III is appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. take such steps as are necessary, including issuance of commissioner's subpoenas, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. disclose such copies of this Order as is necessary to accomplish the purposes of the request for assistance, notwithstanding that this Order may be filed and maintained under seal;

4. adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which Antigua and Barbuda has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Antigua and Barbuda Central Authority under the Treaty;

5. seek such further orders of this Court as may be necessary to execute this request; and

6. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that office for transmission to Antigua and Barbuda.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, representatives from the Fraud Section of the U.S. Department of Justice, special agents of the Federal Bureau of Investigation, and/or representatives of Antigua and Barbuda.

IT IS FURTHER ORDERED that, based on good cause shown, this Order, the government's application, and the government's memorandum of law shall be filed UNDER SEAL (except for purposes of law enforcement and execution and coordination of the execution of this letter rogatory). *By January 31, 2006, the Commissioner shall advise if this matter can be unsealed.*

Done and Ordered this 18th of January 2005, in Miami, Florida.

_____
UNITED STATES DISTRICT JUDGE

cc: Hugo L. Black III, AUSA (2 certified copies)

---

* This case is now closed, but will be reopened at the Commissioner's request if further judicial action is needed.

 

**05-20121**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. _____

**CIV-JORDAN**
**MAGISTRATE JUDGE BROWN**

In Re: Request from Antigua and Barbuda
Pursuant to the Treaty Between the Government
of the United States of America and the
Government of Antigua and Barbuda on
Mutual Legal Assistance in Criminal Matters
in the Criminal Matter
Lester Bird, et al
_____/

FILED ___ D.C.
JAN 1 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**ORDER RE: SEALED FILING**

*Party Filing Matter Under Seal*   Name: Hugo L. Black III

Address: 99 NE 4th Street

Telephone: 305-961-9028

On behalf of (select one):   ☒ Plaintiff   ☐ Defendant

Date sealed document filed: _____

If sealed pursuant to statute, cite statute: 28 USC 1782

If sealed pursuant to previously entered protective order, date of order and docket entry: _____

The matter will remain sealed until:

☐ Conclusion of Trial   ☐ Arrest of First Defendant
☐ Case Closing   ☐ Conclusion of Direct Appeal
☒ Other   Court Order
☐ Permanently. Specify the authorizing law, rule, court order: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☒ Unsealed and placed in   ☐ Destroyed   ☐ Returned to the party or counsel for the party,
the public portion of the court file       as identified above

It is **ORDERED** and **ADJUDGED** that the proposed sealed document is hereby:

☒ Sealed   ☐ NOT Sealed   ☐ Other _____

The matter may be unsealed after:

☐ Conclusion of Trial   ☐ Arrest of First Defendant   ☐ Remain Sealed
☐ Case Closing   ☐ Conclusion of Direct Appeal   ☒ Other  Court order

DONE and ORDERED at  Miami , Florida this 18th day of January, 2005.

_Adalberto Jordan_
United States District Judge

This document has been disposed of in the following manner _____ by _____ on _____ .